of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Harry S. Clarke, Respondent, v. Frederick J. Peters, Appellant. (C.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ. .

Harry S. Clarke, Respondent, v. Frederick J. Peters, Appellant. (1.) — Motion to dismiss appeal granted on consent. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Harry S. Clarke, Respondent, v. Frederick J. Peters, Appellant. (2.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Harry S. Clarke, Respondent, v. Frederick J. Peters, Appellant. (3.) — Motion to dismiss appeal denied, with leave to renew on the hearing of the appeal. The disposition of the pending motion to open the default may obviate the necessity of prosecuting the appeal. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Marietta Coviello, as Administratrix, etc., of Donato Coviello, Deceased, Respondent, v. New York Central Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

Fasinate Holding Co., Inc., Respondent, v. Waterfront Development Corporation, Appellant.— Motion for stay granted. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Eugenio Foglino, Respondent, v. Berson Construction Corporation, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Natalie Foglino, Respondent, v. Berson Construction Corporation, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Isaiah Frank, Respondent, v. Moses H. Harris, Appellant, and Viopake Company, Inc., Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Benj. Frindel, Respondent, v. Louis Reuben, John Ledner, Edward L. Smith and Samuel De Refler, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Sarah Goldman, as Executrix and Trustee, etc., of Harry Goldman, Deceased, Appellant, v. Anna Lewis and Alice T. Maguire, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

George Gravenhorst and Frederick W. Gravenhorst, Copartners Trading under the Firm Name of Gravenhorst & Company, Appellants, v. Joseph B. Turner and Others, Copartners Doing Business under the Firm Name and Style